UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joan F.M. Malone,                        )
                                         )
              Plaintiff,                 )
                                         )      Case: 1:16-cv-01685
       v.                                )      Assigned To : Unassigned
                                         )      Assign. Date : 8/18/2016
District Hospital Partners, L.P., d/b/a  )      Description: Pro Se Gen. Civil  (F Deck))
George Washington                        )
University Hospital *et al.*             )
                                         )
              Defendants.                )


## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

3

Plaintiff, a District of Columbia resident, introduces this lawsuit as "an action of gross medical [negligence]." Compl. at 1. The complaint does not include any cogent allegations against the named defendants to provide notice of a claim, nor is the basis of federal court jurisdiction clear. Accordingly, this case will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

Date: August 17, 2016

United States District Judge